**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| JAMES QUINN, Derivatively on Behalf of Nominal Defendant APPLE REIT TEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLADE M. KNIGHT, JUSTIN KNIGHT, KENT W. COLTON, R. GARNETT HALL, JR., DAVID J. ADAMS, ANTHONY F. KEATING III, DAVID BUCKLEY, KRISTIAN GATHRIGHT, DAVID MCKENNEY, BRYAN PEERY, and APPLE HOSPITALITY REIT, INC., <br><br> Defendants, <br><br> and <br><br> APPLE REIT TEN, INC., <br><br> Nominal Defendant. | Case No. 3:16-cv-00610-JAG |

**PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES
AND PAYMENT OF LITIGATION EXPENSES AND TO APPROVE
<u>PLAINTIFF'S CASE CONTRIBUTION AWARD</u>**

Plaintiff James Quinn ("Plaintiff"), by his undersigned counsel, respectfully moves this Court for an Order, in the form attached hereto as Exhibit A, approving Plaintiff's Counsel's motion for an award of attorneys' fees and payment of litigation expenses and to approve plaintiff's case contribution award. The grounds for this Motion, which is unopposed, are set forth in the accompanying memorandum of law filed simultaneously herewith, Declaration of Robin Winchester in Support of Plaintiff's Motions for Final Approval of the Settlement and for Award of Attorneys' Fees and Payment of Litigation Expenses and to Approve Plaintiff's Case Contribution Award, the Declaration of Wyatt B. Durrette, Jr. on the Reasonableness of

Attorneys' Fees and Expenses, and the Affidavit of James Quinn in Support of Plaintiff's Request for Case Contribution Award.

WHEREFORE, Plaintiff's Motion should be granted, and the Court should enter an Order in the form attached hereto.

Dated: February 22, 2016

**WILLIAMS & SKILLING, P.C.**

/s/ Charles Williams
Charles Williams (VA Bar #: 23587)
cwilliams@williamsandskilling.com
4801 Radford Avenue, Suite A
Richmond, VA 23230
Telephone: (804) 447-0307
Facsimile: (804) 447-0367

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
Lee Rudy
Robin Winchester
Geoffrey C. Jarvis
Matthew L. Mustokoff
Joshua A. Materese
Grant D. Goodhart
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (267) 948-2512
Email: lrudy@ktmc.com
         rwinchester@ktmc.com
         gjarvis@ktmc.com
         mmustokoff@ktmc.com
         jmaterese@ktmc.com
         ggoodhart@ktmc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 22, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**WILLIAMS & SKILLING, P.C.**

/s/ Charles Williams
Charles Williams (VA Bar #: 23587)
4801 Radford Avenue, Suite A
Richmond, VA 23230
Telephone: (804) 447-0307
Facsimile: (804) 447-0367
Email: cwilliams@williamsandskilling.com